UNITED STATES DISTRICT COURT
DISTRICT OF WASHINGTON
WESTERN DIVISION

| | |
|---|---|
| MONTRAY PATTON,<br><br>                       Plaintiff,<br><br>v.<br><br>RODOLFO P. AGUILAR and "JEAN DOE" AGUILAR, individually and on behalf of the marital community composed thereof,<br><br>                       Defendants. | NO. 2:24−cv−01431−BJR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

## **ORDER**

THIS MATTER has come before the Court on the parties' stipulation to dismiss pursuant to FRCP 41(a)(1)(A)(ii). Having been fully advised, the Court HEREBY ORDERS:

That all claims brought or that could have been brought by Plaintiff against Defendants in the above-captioned case shall be DISMISSED with prejudice and without an award of costs or fees to any party.

DATED this 31st day of March 2025

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge